***AMENDED CLD-125                              NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-1334
_____

IN RE:  VAMSIDHAR VURIMINDI,
                                        Petitioner

_____

On a Petition for Writ of Mandamus from the
Board of Immigration Appeals
(Related to Agency No. A096-689-764)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
April 13, 2023

Before:  GREENAWAY, JR., MATEY, and FREEMAN, <u>Circuit Judges</u>

(Opinion filed: June 2, 2023)
_____

OPINION[*]
_____

**PER CURIAM**

Petitioner, Vamsidhar Reddy Vurimindi, is a native of India who became a lawful

permanent resident in 2008.  In 2017, an Immigration Judge determined that he was

removable under 8 U.S.C. § 1227(a)(2)(E)(i) for having been convicted of a crime of

stalking.  The Board of Immigration Appeals (BIA) agreed, but, upon review, we

_____
[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

determined that Vurimindi's offense of conviction does not qualify as a removable offense. Vurimindi v. Att'y Gen., 46 F.4th 134, 148 (3d Cir. 2022). Accordingly, we vacated the BIA's orders affirming the removal order and remanded the matter to the agency for further proceedings.

In February 2023, Vurimindi filed a second petition for a writ of mandamus in this Court, again complaining that the BIA is "dilly-dallying" in granting his motion to terminate. By order entered April 20, 2023, the BIA terminated the proceedings without prejudice. Accordingly, we will dismiss the mandamus petition as moot. See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698–99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot.").[1]

---

[1] Vurimindi's request to convert his mandamus petition to a petition for review and all other requests for relief are denied.